*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*


# MEMORANDUM OPINION

No. 04-10-00079-CR

Ivana **ALVAREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No.1, Bexar County, Texas
Trial Court No. 230625
Honorable Al Alonso, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
              Karen Angelini, Justice
              Sandee Bryan Marion, Justice

Delivered and Filed: February 10, 2010

DISMISSED FOR LACK OF JURISDICTION

Ivana Alvarez filed a notice of appeal seeking to appeal from a sentence imposed on September 23, 2008. The only order signed by the trial court on September 23, 2008, was an order altering and amending Alvarez's conditions of probation. This court has no jurisdiction to hear an

appeal from an order altering or modifying probation conditions. *See Basaldua v. State*, 558 S.W.2d

2, 5 (Tex. Crim. App. 1977). Accordingly, this appeal is dismissed for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH